**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: ATKINS, TOMMY W.         § Case No. 09-75502 | |
| ATKINS, STACEY L.              § | |
|                                § | |
| Debtor(s)                      § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $263,362.74          Assets Exempt:  $71,017.30
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,830.96      Claims Discharged
                                                Without Payment: $132,107.69

Total Expenses of Administration: $2,258.10

---

   3) Total gross receipts of $   6,089.06   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $6,089.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $85,004.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,258.10 | 2,258.10 | 2,258.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 159,373.88 | 135,939.65 | 135,938.65 | 3,830.96 |
| **TOTAL DISBURSEMENTS** | $244,377.88 | $138,197.75 | $138,196.75 | $6,089.06 |

    4) This case was originally filed under Chapter 7 on December 14, 2009. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2011          By: /s/BERNARD J. NATALE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Americanfunds mutual fund, account 5880191 | 1129-000 | 4,087.47 |
| Miscellaneous household furnishings | 1129-000 | 750.00 |
| Miscellaneous CD's | 1129-000 | 100.00 |
| Watch and wedding ring | 1129-000 | 100.00 |
| Scuba gear | 1129-000 | 500.00 |
| Miscellaneous tools and household maintenance it | 1129-000 | 550.00 |
| Interest Income | 1270-000 | 1.59 |
| **TOTAL GROSS RECEIPTS** | | **$6,089.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Chase | 4110-000 | 85,004.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$85,004.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 21.46 | 21.46 | 21.46 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 874.50 | 874.50 | 874.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,358.91 | 1,358.91 | 1,358.91 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.23 | 3.23 | 3.23 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,258.10 | 2,258.10 | 2,258.10 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CIT Technology Financing Services Inc | 7100-000 | N/A | 9,283.80 | 9,283.80 | 261.63 |
| 2 | CIT Technology Financing Services Inc | 7100-000 | N/A | 10,883.55 | 10,883.55 | 306.71 |
| 3 | Discover Bank | 7100-000 | N/A | 10,782.60 | 10,782.60 | 303.87 |
| 4 | Discover Bank | 7100-000 | N/A | 7,031.89 | 7,031.89 | 198.17 |
| 5 | Target National Bank | 7100-000 | N/A | 1,229.49 | 1,229.49 | 34.65 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Claimant | Code | | | | |
|---|---|---|---|---|---|---|
| 6 | Advanta Bank Corp. | 7100-000 | N/A | 36,947.28 | 36,947.28 | 1,041.23 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 24,822.33 | 24,822.33 | 699.53 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 961.57 | 961.57 | 27.10 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,960.06 | 8,960.06 | 252.51 |
| 10 | American Express Bank, FSB | 7100-000 | N/A | 3,565.46 | 3,565.46 | 100.48 |
| 11 | Candica LLC | 7100-000 | N/A | 8,515.38 | 8,515.38 | 239.98 |
| 12 | Chase Bank USA,N.A. | 7100-000 | N/A | 2,038.29 | 2,038.29 | 57.44 |
| 13 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,178.00 | 1,178.00 | 33.20 |
| 14 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 3,146.75 | 3,146.75 | 88.68 |
| 15 | PYOD LLC assigns as assignee of Citibank | 7100-000 | N/A | 493.02 | 493.02 | 13.89 |
| 16 | Dell Financial Services L.L.C. | 7100-000 | N/A | 307.12 | 307.12 | 8.66 |
| 17 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 4,711.33 | 4,711.33 | 132.77 |
| 18 | GE Money Bank dba PAYPAL PLUS CREDIT | 7100-000 | N/A | 1,080.73 | 1,080.73 | 30.46 |
| 20 | Chase | 7100-000 | 52,673.37 | N/A | N/A | 0.00 |
| 21 | Capital One | 7100-000 | 41,846.43 | N/A | N/A | 0.00 |
| 22 | Capital ONe | 7100-000 | 13,182.84 | N/A | N/A | 0.00 |
| 23 | Capital ONe | 7100-000 | 20,823.63 | N/A | N/A | 0.00 |
| 24 | Centegra Northern Illinois Medical | 7100-000 | 1,146.46 | N/A | N/A | 0.00 |
| 25 | Ervin | 7100-000 | 1,712.07 | N/A | N/A | 0.00 |
| 26 | Fashion Bug | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| 27 | Lease Finance Corp | 7100-000 | 63.00 | N/A | N/A | 0.00 |
| 28 | Sears | 7100-000 | 1,090.00 | N/A | N/A | 0.00 |
| 29 | Sears/Citibank | 7100-000 | 2,960.00 | N/A | N/A | 0.00 |
| 30 | The Home Depot/CBSD | 7100-000 | 361.00 | 1.00 | 0.00 | 0.00 |
| 31 | Trimble | 7100-000 | 14,410.56 | N/A | N/A | 0.00 |
| 32 | Wachovia Dealer Services | 7100-000 | 8,884.52 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 159,373.88 | 135,939.65 | 135,938.65 | 3,830.96 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75502  
**Case Name:** ATKINS, TOMMY W.  
ATKINS, STACEY L.  
**Period Ending:** 02/23/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/14/09 (f)  
**§341(a) Meeting Date:** 01/21/10  
**Claims Bar Date:** 05/12/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home 618 S. Broadway, McHenry, IL | 173,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | First National Bank of McHenry Checking account# | 240.25 | 0.00 | DA | 0.00 | FA |
| 3 | First National Bank of McHenry Money Market acco | 187.90 | 0.00 | DA | 0.00 | FA |
| 4 | Americanfunds mutual fund, account 5880191 | 10,425.13 | 3,253.28 | | 4,087.47 | FA |
| 5 | JPMorgan Chase Checking account #9547 | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household furnishings | 1,500.00 | 1,500.00 | | 750.00 | FA |
| 7 | Miscellaneous CD's | 100.00 | 100.00 | | 100.00 | FA |
| 8 | Miscellaneous clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Watch and wedding ring | 4,500.00 | 800.00 | | 100.00 | FA |
| 10 | Scuba gear | 2,000.00 | 2,000.00 | | 500.00 | FA |
| 11 | Shenandoah Life Life insurance policy #000743360 | 2,291.64 | 2,291.64 | DA | 0.00 | FA |
| 12 | Shenandoah Life Life insurance term policy #0073 | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | American Funds IRA, account number 61759313 | 14,168.35 | 0.00 | DA | 0.00 | FA |
| 14 | Americanfunds IRA account number 63011513 | 1,385.00 | 0.00 | DA | 0.00 | FA |
| 15 | Amerifunds IRA Rollover, account 82838916 | 51,425.65 | 51,325.65 | DA | 0.00 | FA |
| 16 | Americanfunds Roth IRA, account 64180354 | 4,869.97 | 0.00 | DA | 0.00 | FA |
| 17 | Americanfunds Roth IRA account 64180355 | 6,993.98 | 0.00 | DA | 0.00 | FA |
| 18 | Tom W. Atkins, PLS, LLC 618 S. Broadway McHenry, | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | Professional land surveyor's license | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2000 Honda Accord | 2,300.00 | 650.00 | DA | 0.00 | FA |
| 21 | 2001 Isuzu Rodeo | 2,600.00 | 100.00 | DA | 0.00 | FA |
| 22 | Computer, printer and copy machine | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 23 | Two household pet dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | Miscellaneous tools and household maintenance it | 1,000.00 | 1,000.00 | | 550.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.59 | FA |
| 25 | Assets    Totals (Excluding unknown values) | **$282,887.87** | **$63,020.57** | | **$6,089.06** | **$0.00** |

Printed: 02/23/2011 10:21 AM    V.12.56

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75502  
**Case Name:** ATKINS, TOMMY W.  
ATKINS, STACEY L.  
**Period Ending:** 02/23/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/14/09 (f)  
**§341(a) Meeting Date:** 01/21/10  
**Claims Bar Date:** 05/12/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):** October 12, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75502  
**Case Name:** ATKINS, TOMMY W.  
ATKINS, STACEY L.  
**Taxpayer ID #:** **-***2973  
**Period Ending:** 02/23/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****45-65 - Money Market Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/10 | {4} | Tom & Stacey Atkins | Turnover of non-exempt asset | 1129-000 | 3,253.28 | | 3,253.28 |
| 03/11/10 | {4} | Tom & Stacey Atkins | Pymt on Non-Exempt Assets | 1129-000 | 834.19 | | 4,087.47 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.16 | | 4,087.63 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.02 | | 4,087.65 |
| 04/06/10 | | Wire out to BNYM account 9200******4565 | Wire out to BNYM account 9200******4565 | 9999-000 | -4,087.65 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -4,087.65 | 0.00 | |
| | | | **Subtotal** | | **4,087.65** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,087.65** | **$0.00** | |

{} Asset reference(s)              Printed: 02/23/2011 10:21 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-75502 | |
| **Case Name:** | ATKINS, TOMMY W. | |
| | ATKINS, STACEY L. | |
| **Taxpayer ID #:** | **-***2973 | |
| **Period Ending:** | 02/23/11 | |

| | | |
|---|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) | |
| **Bank Name:** | The Bank of New York Mellon | |
| **Account:** | 9200-******45-65 - Money Market Account | |
| **Blanket Bond:** | $552,000.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4565 | Wire in from JPMorgan Chase Bank, N.A. account ********4565 | 9999-000 | 4,087.65 | | 4,087.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 4,087.82 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,088.06 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-75502, BOND #016018067 | 2300-000 | | 3.23 | 4,084.83 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,085.07 |
| 07/07/10 | | Tom Atkins | | | 2,000.00 | | 6,085.07 |
| | {6} | | 750.00 | 1129-000 | | | 6,085.07 |
| | {7} | | 100.00 | 1129-000 | | | 6,085.07 |
| | {9} | | 100.00 | 1129-000 | | | 6,085.07 |
| | {10} | | 500.00 | 1129-000 | | | 6,085.07 |
| | {24} | | 550.00 | 1129-000 | | | 6,085.07 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 6,085.40 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 6,085.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,085.81 |
| 10/12/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 6,085.82 |
| 10/12/10 | | To Account #9200******4566 | Transfer for Final Report | 9999-000 | | 6,085.82 | 0.00 |
| | | **ACCOUNT TOTALS** | | | **6,089.05** | **6,089.05** | **$0.00** |
| | | Less: Bank Transfers | | | 4,087.65 | 6,085.82 | |
| | | **Subtotal** | | | **2,001.40** | **3.23** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,001.40** | **$3.23** | |

{} Asset reference(s)    Printed: 02/23/2011 10:21 AM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-75502 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | ATKINS, TOMMY W. | | Bank Name: | The Bank of New York Mellon |
| | ATKINS, STACEY L. | | Account: | 9200-******45-66 - Checking Account |
| Taxpayer ID #: | **-***2973 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 02/23/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/12/10 | | From Account #9200******4565 | Transfer for Final Report | 9999-000 | 6,085.82 | | 6,085.82 |
| 10/15/10 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 6,085.83 |
| 11/24/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,358.91, Trustee Compensation; Reference: | 2100-000 | | 1,358.91 | 4,726.92 |
| 11/24/10 | 102 | Target National Bank | Distribution paid  2.81% on $1,229.49; Claim# 5; Filed: $1,229.49; Reference: 1590 | 7100-000 | | 34.65 | 4,692.27 |
| 11/24/10 | 103 | Advanta Bank Corp. | Distribution paid  2.81% on $36,947.28; Claim# 6; Filed: $36,947.28; Reference: 0590 | 7100-000 | | 1,041.23 | 3,651.04 |
| 11/24/10 | 104 | American Express Bank, FSB | Distribution paid  2.81% on $3,565.46; Claim# 10; Filed: $3,565.46; Reference: 1001 | 7100-000 | | 100.48 | 3,550.56 |
| 11/24/10 | 105 | Candica LLC | Distribution paid  2.81% on $8,515.38; Claim# 11; Filed: $8,515.38; Reference: 8284 | 7100-000 | | 239.98 | 3,310.58 |
| 11/24/10 | 106 | Chase Bank USA,N.A. | Distribution paid  2.81% on $2,038.29; Claim# 12; Filed: $2,038.29; Reference: 2361 | 7100-000 | | 57.44 | 3,253.14 |
| 11/24/10 | 107 | PYOD LLC assigns as assignee of Citibank | Distribution paid  2.81% on $493.02; Claim# 15; Filed: $493.02; Reference: 8685 | 7100-000 | | 13.89 | 3,239.25 |
| 11/24/10 | 108 | Dell Financial Services L.L.C. | Distribution paid  2.81% on $307.12; Claim# 16; Filed: $307.12; Reference: 9209 | 7100-000 | | 8.66 | 3,230.59 |
| 11/24/10 | 109 | Fia Card Services, NA/Bank of America | Distribution paid  2.81% on $4,711.33; Claim# 17; Filed: $4,711.33; Reference: 6114/4930 | 7100-000 | | 132.77 | 3,097.82 |
| 11/24/10 | 110 | GE Money Bank dba PAYPAL PLUS CREDIT | Distribution paid  2.81% on $1,080.73; Claim# 18; Filed: $1,080.73; Reference: 0159 | 7100-000 | | 30.46 | 3,067.36 |
| 11/24/10 | 111 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 895.96 | 2,171.40 |
| | | | Dividend paid 100.00% on $874.50;  Claim# ATTY; Filed: $874.50 | 874.50 | 3110-000 | | 2,171.40 |
| | | | Dividend paid 100.00% on $21.46;  Claim# EXP; Filed: $21.46 | 21.46 | 3120-000 | | 2,171.40 |
| 11/24/10 | 112 | Chase Bank USA, N.A. | Combined Check for Claims#7,8,9 | | | 979.14 | 1,192.26 |
| | | | Dividend paid  2.81% on $24,822.33;  Claim# 7; Filed: $24,822.33; Reference: 7448 | 699.53 | 7100-000 | | 1,192.26 |
| | | | Dividend paid  2.81% on $961.57;  Claim# 8; Filed: $961.57; Reference: 0962 | 27.10 | 7100-000 | | 1,192.26 |
| | | | Dividend paid  2.81% on | 252.51 | 7100-000 | | 1,192.26 |

Subtotals :    $6,085.83    $4,893.57

{} Asset reference(s)                                                                                                                                                                                              Printed: 02/23/2011 10:21 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-75502  
**Case Name:** ATKINS, TOMMY W.  
ATKINS, STACEY L.  
**Taxpayer ID #:** **-***2973  
**Period Ending:** 02/23/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $8,960.06; Claim# 9;<br>Filed: $8,960.06;<br>Reference: 5039 | | | | |
| 11/24/10 | 113 | CIT Technology Financing Services Inc | Combined Check for Claims#1,2 | | | 568.34 | 623.92 |
| | | | Dividend paid   2.81% on   261.63<br>$9,283.80;  Claim# 1;<br>Filed: $9,283.80;<br>Reference: 8-000 | 7100-000 | | | 623.92 |
| | | | Dividend paid   2.81% on   306.71<br>$10,883.55;  Claim# 2;<br>Filed: $10,883.55;<br>Reference: 9-000 | 7100-000 | | | 623.92 |
| 11/24/10 | 114 | Discover Bank | Combined Check for Claims#3,4 | | | 502.04 | 121.88 |
| | | | Dividend paid   2.81% on   303.87<br>$10,782.60;  Claim# 3;<br>Filed: $10,782.60;<br>Reference: 4129 | 7100-000 | | | 121.88 |
| | | | Dividend paid   2.81% on   198.17<br>$7,031.89;  Claim# 4;<br>Filed: $7,031.89;<br>Reference: 7417 | 7100-000 | | | 121.88 |
| 11/24/10 | 115 | PYOD LLC as assignee of Citibank | Combined Check for Claims#13,14 | | | 121.88 | 0.00 |
| | | | Dividend paid   2.81% on   33.20<br>$1,178.00;  Claim# 13;<br>Filed: $1,178.00;<br>Reference: 5273 | 7100-000 | | | 0.00 |
| | | | Dividend paid   2.81% on   88.68<br>$3,146.75;  Claim# 14;<br>Filed: $3,146.75;<br>Reference: 6903 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,085.83 | 6,085.83 | $0.00 |
| | | | Less: Bank Transfers | | 6,085.82 | 0.00 | |
| | | | **Subtotal** | | 0.01 | 6,085.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.01** | **$6,085.83** | |

{} Asset reference(s)

Printed: 02/23/2011 10:21 AM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 09-75502 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | ATKINS, TOMMY W. | | **Bank Name:** | The Bank of New York Mellon |
| | ATKINS, STACEY L. | | **Account:** | 9200-******45-66 - Checking Account |
| **Taxpayer ID #:** | **-***2973 | | **Blanket Bond:** | $552,000.00  (per case limit) |
| **Period Ending:** | 02/23/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****45-65 | 4,087.65 | 0.00 | 0.00 |
| MMA # 9200-******45-65 | 2,001.40 | 3.23 | 0.00 |
| Checking # 9200-******45-66 | 0.01 | 6,085.83 | 0.00 |
| | $6,089.06 | $6,089.06 | $0.00 |

{} Asset reference(s)    Printed: 02/23/2011 10:21 AM    V.12.56